# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BERNARD S. LEE**,<br><br>    Plaintiff,<br><br>v.<br><br>**CLEARENCE M. KELLEY**, *et al.*,<br><br>    Defendants. | **CIVIL ACTION NO. 1:76-cv-01185-RJL** |
| **SOUTHERN CHRISTIAN LEADERSHIP CONFERENCE**,<br><br>    Plaintiff,<br><br>v.<br><br>**CLEARENCE M. KELLEY**, *et al.*,<br><br>    Defendants. | **CIVIL ACTION NO. 1:76-cv-01186-JLS** |

**DECLARATION OF DR. BERNICE A. KING**

I, **Dr. Bernice A. King**, pursuant to 28 U.S.C. § 1746, do hereby declare the following to be true and correct under penalty of perjury:

1.  The facts in this Declaration are true and correct and are based upon my personal knowledge. I am over the age of 18, and I am under no legal disability.

2.  I live in Atlanta, Georgia, and I am the youngest child and daughter of Dr. Martin Luther King, Jr. and Mrs. Coretta Scott King.

3.  I was just five years old when my father was tragically assassinated at the Lorraine Motel in Memphis, Tennessee on April 4, 1968. Deprived of my loving father at a young age, I am left with only memories of my few short years with him. While my father was taken from us all too soon, two and a half months after his assassination, my mother founded The King Center

to continue my father's work and establish his legacy of nonviolent social change. As a child I was then forced to grow up without a loving father and had to understand the additional demands on my devoted mother, who became a single parent of four.

4. Suffice it to say, childhood without my father was challenging. As a teenager, I was called to the ministry, like my father.

5. Subsequently, I received a bachelor's degree in psychology from Spelman College, and both a Master of Divinity (MDiv) and a Juris Doctor (JD) from Emory University.

6. I now work in multiple professional roles, but the primary focus of my work is continuing to perpetuate my father's legacy by advancing the teachings of Kingian Nonviolence, which is a love-centered way of life for resolving and reconciling conflicts and achieving social justice. I specifically do this work through policy, advocacy and research, as well as education and training. I also work to safeguard and promote his legacy, intellectual property and right of publicity. Fundamentally, I am devoted to advancing the legacy of my father and mother by ensuring that current and new generations are introduced to their teachings and empowered to create the Beloved Community through Kingian Nonviolence.

7. My father—along with other prominent civil rights leaders—founded the Southern Christina Leadership Conference ("SCLC") in 1957 in response to the need for a unified and coordinated effort to challenge racial segregation and discrimination across the American South and the "redeem the soul of America." The founding of SCLC was inspired by the success of the Montgomery Bus Boycott in Alabama, a landmark campaign in which my father and other activists demonstrated the power of organized, nonviolent resistance. The boycott, sparked by Rosa Parks' arrest for refusing to vacate her seat on a segregated bus, highlighted the effectiveness of collective action in dismantling institutional racism.

8. It is my understanding that between approximately 1963 and 1968, my father and other officers and directors of SCLC were surreptitiously surveilled without consent or proper purpose (the "Records"). Those Records, I have been informed, were once in the possession of the Federal Bureau of Investigation ("FBI") and pursuant to the 1977 court order, were sealed and transferred to the National Archives and Records Service (the "National Archive") to be maintained by the Archivist of the United States for a period of fifty years (i.e., until 2027).

9. It is my opinion that the Records should remain sealed as originally ordered.

10. My father's assassination is deeply personal, having persisted with me daily over the course of the majority of my life. Ultimately, it is my hope that the files should be permanently sealed or destroyed, due to the illegal incursion and invasion of my father's privacy and their unreliability resulting from the untrustworthy actions of the FBI and its Director, J. Edgar Hoover during the civil rights movement of the 1950-60's. The release of the purported surveillance files in question could cause me and the remaining living members of my family and my father's legacy irreparable harm, due to the history of fabricated assertions and disinformation from Director Hoover and the Bureau, used as a disparagement campaign to undermine his leadership and the work and significant progress of the Modern Civil Rights Movement. He paid the ultimate sacrifice to make this country and world a better place.

11. It is unquestionable that my father was a private citizen, not an elected official, who enjoyed the right to privacy that should be afforded to all private citizens of this country. To not only be unjustifiably surveilled, but to have the purported surveillance files made public would be a travesty of justice.

12. While it has the government has stated in their motion that unsealing these files would be good for my family, I wholeheartedly disagree. My family has lived with the trauma of

my father's assassination since April 4, 1968. We relived this trauma through various federal investigations over the decades and we hoped the findings of our civil wrongful death trial in 1999 would be a cathartic close to the examination of this history altering event. I have no desire for these files to be unsealed and made public, which would cause the matter of the unfair surveillance and treatment of my father and his assassination to be addressed and rehashed once again.  If the sealed files are released, I ask that they be released only to our family to restore justice against this aggressive invasion of my father's privacy and attempted besmirchment of his legacy.

I declare under the penalty of perjury that the above statements are true and correct.

    Dated:  April 2, 2025

                                                            *Bernice A. King*
                                                         Dr. Bernice A. King (Apr 2, 2025 23:29 EDT)
                                                         Dr. Bernice A. King