**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SOUTHERN CHRISTIAN LEADERSHIP CONFERENCE,**<br><br>Plaintiff,<br>v.<br><br>**CLARANCE M. KELLEY, *et al.*,**<br><br>Defendants. | Case No.: 76-1186 |

**[PROPOSED] ORDER DENYING**
**GOVERNMENT'S MOTION TO UNSEAL TAPES AND RECORDS**

The Court has considered Government's Motion to Unseal Tapes and Documents (Doc. 2), which seeks to lift the seal this Court ordered on January 31, 1977 concerning "all known copies of the recorded tapes, and transcripts thereof, resulting from the FBI's microphonic surveillance, between 1963 and 1968, of [SCLC's] former president, Martin Luther King, Jr.; and all known copies of the tapes, transcripts and logs resulting from the FBI's telephone wiretapping, between 1963 and 1968, of [SCLC's] offices in Atlanta, Georgia and New York, New York, the home of Martin Luther King, Jr., and places of public accommodation occupied by Martin Luther King, Jr." (the "MLK Files"). It is hereby:

ORDERED that the motion is DENIED, and it is further

ORDERED that this Court's order dated January 31, 1977, sealing the MLK Files, will remain operative in the above captioned matter, and it is further

ORDERED that the MLK Files shall remain sealed and in the custody of the National Archivist until October 26, 2027, as specified in this court's January 31, 1977 Order, which sealed the files for 50 years from their date of delivery to the National Archives.

Date: ____________

____________________________
Hon. Richard J. Leon