IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Bernard S. Lee,<br><br>  *Plaintiff,*<br><br>v.<br><br>Clarence M. Kelley, *et al.*,<br><br>  *Defendants.* | Civil Action No. 76-1185 (RJL) |
| Southern Christian Leadership Conference,<br><br>  *Plaintiff,*<br><br>v.<br><br>Clarence M. Kelley, *et al.*,<br><br>  *Defendants.* | Civil Action No. 76-1186 (RJL) |

**ORDER**
June 27, 2025

At the hearing on June 4, 2025, the Court informed the parties that, prior to ruling on the Government's Motion to Unseal Documents [Dkt. #2], the Court must first understand the inventory at issue. *See* Tr. of June 4, 2025 Hearing [Dkt. #4, 11] at 30:1–7. In 1977, the Court ordered the Federal Bureau of Investigation ("FBI") deliver under seal to this Court and the National Archives and Record Administration ("NARA") an inventory of its surveillance records of Dr. Martin Luther King Jr. and members of the Southern Christian Leadership Convention ("inventory sheet"). *See* All Docket Entries Prior to Oct. 1991 [Dkt. #1], Order (Jan. 31, 1977). But given the time elapsed, this Court

no longer has its copy of the inventory sheet. An archivist at NARA has also represented that it does not appear to have sealed documents related to this case. Due to these developments, it is hereby

**ORDERED** the Government to confer with NARA regarding the location of the sealed inventory sheet and surveillance records that the FBI delivered to the Archivist in 1977 and 1978. *See* All Docket Entries Prior to Oct. 1991 [Dkt. #1], Defs.' Not. of Sub. to NARA (Oct. 26, 1977); *id.*, Defs.' Not. of Sub. to NARA (Jan. 23, 1978); it is further

**ORDERED** that the Government provide NARA with a copy of this Order when making its inquiries; it is further

**ORDERED** that the Government and NARA shall not discuss the volume or contents of the sealed surveillance records or the inventory sheet; it is further

**ORDERED** that the Government provide the Court with a status report no later than July 11, 2025, informing the Court of its findings.

For clarity, this Order does not permit the Government to review the sealed surveillance records or inventory sheet.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge