IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Bernard S. Lee,<br><br>  *Plaintiff*,<br><br>v.<br><br>Clarence M. Kelley, *et al.*,<br><br>  *Defendants*. | Civil Action No. 76-1185 (RJL) |
| Southern Christian Leadership Conference,<br><br>  *Plaintiff*,<br><br>v.<br><br>Clarence M. Kelley, *et al.*,<br><br>  *Defendants*. | Civil Action No. 76-1186 (RJL) |

## ORDER
July 28th, 2025

On July 8, 2025, a representative from the National Archives and Records Administration ("NARA") hand delivered to chambers a copy of the Federal Bureau of Investigation's inventories of its surveillance records of Dr. Martin Luther King Jr. and members of the Southern Christian Leadership Convention ("inventories"). Based on a review of those inventories, it is hereby

**ORDERED** that NARA provide the Court with a status report under seal no later than August 1, 2025, providing the Court with a summary of the volume of the surveillance records, the condition of those records (*e.g.*, whether any of the records are digitized), and

the classification of those records. The status report shall not include descriptions of the contents of the records.

The Court will make this status report available to counsel for the parties. The parties must treat the contents of the report as confidential.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge