**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SOUTHERN CHRISTIAN LEADERSHIP CONFERENCE,**<br><br>Plaintiffs,<br>v.<br><br>**CLARANCE M. KELLEY, *et al.*,**<br><br>Defendants. | Civil Action No.: 76-1186 |

**[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR CORRECTION OR RELIEF FROM ORDER REGARDING THE EXPIRATION OF THE 1977 SEALING ORDER**

The Court has considered Plaintiff Southern Christian Leadership Conference's Motion for Correction or Relief from Order Regarding the Expiration of the 1977 Sealing Order. The Court finds that SCLC is entitled to relief under Rule 60(a). The Court's November 18, 2025 order denying the Government's motion to unseal should be corrected to reflect that the seal on the MLK Files will expire on January 23, 2028.

___________________________
Richard J. Leon
United States District Judge