**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOUTHERN CHRISTIAN LEADERSHIP CONFERENCE (SCLC),<br><br>Plaintiffs<br><br>v.<br><br>KELLEY, et al.,<br><br>Defendants | Case No.: 1:76-cv-01186-RJL |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.6, I, Olivia N. Sedwick, submit this motion seeking to withdraw my appearance as counsel for Plaintiff Southern Christian Leadership Conference (SCLC) in the above-captioned matter. Withdrawing as counsel will not affect any court schedules or deadlines. I have provided notice to counsel for Defendants of my intent to withdraw my appearance as counsel, and Defendants' counsel has consented.

Dated: October 5, 2026

Respectfully submitted,

/s/ Olivia N. Sedwick

Olivia N. Sedwick
D.C. Bar No. 1600928
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K St. NW, Suite 900
Washington, DC 20005 Telephone:
(202) 662-8600
osedwick@lawyerscommittee.org

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, I filed the foregoing in the United States District Court for the District of Columbia by using the Court's CM/ECF system. I hereby certify that I have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

*/s/* Olivia N. Sedwick
Olivia N. Sedwick